| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br><br>3:23-cv-00326<br>3:23-cv-00329<br>3:23-cv-00330<br>3:23-cv-00331<br>3:23-cv-00333<br>3:23-cv-00334<br>3:23-cv-00335<br>3:23-cv-00337<br>3:23-cv-00338<br>3:23-cv-00339<br>3:23-cv-00344<br>3:23-cv-00345<br>3:23-cv-00356<br>3:23-cv-00358<br>3:23-cv-00377<br>3:23-cv-00379<br>3:23-cv-00380<br>3:23-cv-00381<br>3:23-cv-00387<br>3:23-cv-00388<br>3:23-cv-00389<br>3:23-cv-00390<br>3:23-cv-00391<br>3:23-cv-00411<br>3:23-cv-00412<br>3:23-cv-00414<br>3:23-cv-00415<br>3:23-cv-00416<br>3:23-cv-00445 |

1

# ORDER

Based on the parties' Stipulation (Doc. No. 554) and the record, the Court rules as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court dismisses without prejudice, the following named Plaintiffs in the following identified cases:

| Plaintiff Name | Case Name | M.D. Tenn. Case No. |
|---|---|---|
| Matthew Alvarez | *Alvarez et al. v. RealPage Inc., et al.* | 3:23-cv-00331 |
| Scott Halliwell | *Alvarez et al. v. RealPage Inc., et al.* | 3:23-cv-00331 |
| Lena Armas | *Armas et al. v. RealPage Inc., et al.* | 3:23-cv-00333 |
| Andrea Blum | *Armas et al. v. RealPage Inc., et al.* | 3:23-cv-00333 |
| John Bauman | *Bauman v. RealPage, Inc. et al.* | 3:23-cv-00326 |
| Mary Bertlshofer | *Bertlshofer v. RealPage Incorporated et al.* | 3:23-cv-00377 |
| Hannah Blosser | *Blosser v. RealPage, Inc., et al.* | 3:23-cv-00445 |
| Laura Boelens | *Boelens v. RealPage Inc et al.* | 3:23-cv-00338 |
| Kimele Carter | *Carter v. RealPage, Inc., et al.* | 3:23-cv-00411 |
| Zachary Miller Corradino | *Corradino et al. v. RealPage Inc., et al.* | 3:23-cv-00379 |
| Samantha Taylor Reyes | *Corradino et al. v. RealPage Inc., et al.* | 3:23-cv-00379 |
| Andrea Crook | *Crook v. RealPage Inc., et al.* | 3:23-cv-00387 |
| Jeremy Enders | *Enders v. RealPage Inc., et al.* | 3:23-cv-00390 |
| Michelle K. Godfrey | *Godfrey v. RealPage Inc., et al.* | 3:23-cv-00344 |
| Kara Hardie | *Hardie et al. v. RealPage Inc., et al.* | 3:23-cv-00388 |
| Kyle O'Brien | *Hardie et al. v. RealPage Inc., et al.* | 3:23-cv-00388 |
| Justin Johnson | *Johnson v. RealPage Inc., et al.* | 3:23-cv-00334 |
| Kate Kramer | *Kramer v. RealPage Inc., et al.* | 3:23-cv-00356 |
| Karen Kramer | *Kramer v. RealPage Inc., et al.* | 3:23-cv-00389 |
| Kenny Lai Cheong | *Lai Cheong v. RealPage, Inc., et al.* | 3:23-cv-00416 |
| Tiffany Mackie | *Mackie v. RealPage Inc., et al.* | 3:23-cv-00358 |
| Matteo Marchetti | *Marchetti v. RealPage Inc., et al.* | 3:23-cv-00380 |
| Marybeth Moore | *Moore v. The Irvine Co., LLC, et al.* | 3:23-cv-00339 |
| Lauren Ashley Morgan | *Morgan et al. v. RealPage Inc., et al.* | 3:23-cv-00330 |
| Erik Barnes | *Morgan et al. v. RealPage Inc., et al.* | 3:23-cv-00330 |
| Sherry Bason | *Morgan et al. v. RealPage Inc., et al.* | 3:23-cv-00330 |
| Lois Winn | *Morgan et al. v. RealPage Inc., et al.* | 3:23-cv-00330 |

| Plaintiff Name | Case Name | M.D. Tenn. Case No. |
|---|---|---|
| Georges Emmanuel Njong Diboki | *Morgan et al. v. RealPage Inc., et al.* | 3:23-cv-00330 |
| Julia Sims | *Morgan et al. v. RealPage Inc., et al.* | 3:23-cv-00330 |
| Sophia Woodland | *Morgan et al. v. RealPage Inc., et al.* | 3:23-cv-00330 |
| Gabriel Navarro | *Navarro v. RealPage Inc., et al.* | 3:23-cv-00329 |
| John Pham | *Pham et al. v. RealPage Inc., et al.* | 3:23-cv-00337 |
| Diana Lazarte | *Pham et al. v. RealPage Inc., et al.* | 3:23-cv-00337 |
| Marco Cuevas | *Pham et al. v. RealPage Inc., et al.* | 3:23-cv-00337 |
| Valdamitra Anderson | *Pham et al. v. RealPage Inc., et al.* | 3:23-cv-00337 |
| Michael Poole | *Pham et al. v. RealPage Inc., et al.* | 3:23-cv-00337 |
| Daniel Flowers | *Pham et al. v. RealPage Inc., et al.* | 3:23-cv-00337 |
| David Precht | *Precht v. RealPage Inc., et al.* | 3:23-cv-00412 |
| Christopher Saloman | *Saloman et al. v. RealPage Inc., et al.* | 3:23-cv-00381 |
| Michael Strauss | *Saloman et al. v. RealPage Inc., et al.* | 3:23-cv-00381 |
| Shelley Schmidig | *Schmidig v. RealPage Inc., et al.* | 3:23-cv-00391 |
| Tyler Kimbrough | *Silverman et al. v. RealPage Inc., et al.* | 3:23-cv-00335 |
| Elaine Spencer | *Spencer v. RealPage Inc., et al.* | 3:23-cv-00415 |
| Kevin Weller | *Weller v. RealPage Inc., et al.* | 3:23-cv-00414 |
| Yelizaveta Zhovmiruk | *Zhovmiruk v. RealPage Inc., et al.* | 3:23-cv-00345 |

2. Pursuant to the Stipulation, the following Plaintiffs' — Lena Armas, Erik Barnes, Sherry Bason, Andrea Crook, Georges Emmanuel Njong Diboki, Justin Johnson, Tyler Kimbrough, Diana Lazarte, Lauren Ashley Morgan, Julia Sims, Lois Winn, and Sophia Woodland — dismissal shall be without prejudice even though each has previously voluntarily dismissed similar claims against certain Defendants to permit them to file their present claims in the Western District of Washington.

3. Pursuant to the Stipulation, the Defendants who joined into the Stipulation (including their successors, assigns, and affiliates) acknowledge and agree to forever waive, in any proceeding (*e.g.*, judicial, administrative, or alternative dispute resolution) and in any

forum (e.g., federal, state, or arbitration tribunal), any argument that the voluntary dismissals contemplated herein operate in any way to bar each or any of the Plaintiffs listed in paragraph 2 from refiling the claims dismissed in the cases listed above, or participating in any settlement based on those claims.

4. Pursuant to the Stipulation, all parties will bear their own costs.

IT IS SO ORDERED.

_____
Waverly D. Crenshaw, Jr.
Chief United States District Judge